ROB BONTA
Attorney General of California
QUINTIN LUCAS
Supervising Deputy Attorney General
RUSSELL EMMONS
Deputy Attorney General
State Bar No. 289135
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 738-9555
  Fax:  (916) 732-7920
  E-mail:  Russell.Emmons@doj.ca.gov
*Attorneys for Defendants*
*Officer T. Kozisek, Officer L. Hernandez, and*
*Officer M. Negrete*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CESAR LEONOR,**<br>**an individual,**<br><br>          **Plaintiff,**<br><br>          **v.**<br><br>**CALIFORNIA HIGHWAY PATROL**<br>**OFFICER T. KOZISEK, et al.,**<br><br>          **Defendants.** | 5:25-cv-06868-NC<br><br>**STIPULATION TO CONTINUE DATES AND [PROPOSED] ORDER**<br><br>Dept:          3<br>Judge:       The Hon. Noel Wise<br>Trial Date:    October 19, 2026<br>Action Filed: August 13, 2025 |

**THE PARTIES STIPULATE AS FOLLOWS:**

WHEREAS The Case has a Current Discovery Cutoff of March 6, 2026;

WHEREAS the parties have diligently sought to complete discovery but are waiting for documents from third-party subpoenas;

WHEREAS the parties may require additional time in case additional motion work is needed following subpoenas and the subsequent depositions.

1

**THE PARTIES THEREFORE STIPULATE** and request this Court vacate and reset the following dates in accordance with the following schedule:

1. Discovery cutoff currently set for March 6, 2026 be reset to April 20, 2026.

2. Opening Expert Reports currently due April 3, 2026, be reset to May 18, 2026.

3. Rebuttal reports currently due May 1, 2026, be reset to June 15, 2026.

4. Dispositive motion deadline currently June 12, 2026 be reset to July 27, 2026

5. Hearing on Dispositive Motion to be heard August 5, 2026 be reset to September 18, 2026.

6. Trial set for October 19, 2026 to be set for December 3, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 19, 2026                         Respectfully submitted,

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

***/s/ Russell Emmons***

RUSSELL EMMONS
Deputy Attorney General
*Attorneys for Defendants*
*Officer T. Kozisek, Officer L. Hernandez, and*
*Officer M. Negrete*

Dated: February 19, 2026                         KENNETH C. ODIWE
LAW OFFICES OF KENNETH C. ODIWE, PC

***/s/ Kenneth C. Odiwe***

*Attorneys for Plaintiff*
*Cesar Leonor*

SF2025803763
85587199

Stipulation to Continue Deadlines and [Proposed] Order (5:25-cv-06868-NC)

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, and PURSUANT TO THE STIPULATION OF THE PARTIES**, the Court makes the following changes to currently schedule items.

1.  Discovery cutoff currently set for March 6, 2026 be reset to April 20, 2026.

2.  ~~Opening Expert Reports currently due April 3, 2026, be reset to May 18, 2026.~~

3.  ~~Rebuttal reports currently due May 1, 2026, be reset to June 15, 2026.~~

4.  ~~Dispositive motion deadline currently June 12, 2026 be reset to July 27, 2026~~

5.  ~~Hearing on Dispositive Motion to be heard August 5, 2026 be reset to September 18, 2026.~~

6.  ~~Trial set for October 19, 2026 to be set for December 3, 2026.~~

The parties' stipulation is GRANTED in part, and DENIED in part without prejudice to refile as the parties approach their latter deadlines.

Dated:      February 23, 2026

_____
**THE HONORABLE DISTRICT JUDGE
NOEL WISE**

---

3

Stipulation to Continue Deadlines and [Proposed] Order (5:25-cv-06868-NC)